**99–1675.   State v. Underwood.**

Meigs App. No. 98CA11. On September 9, 1999, appellant filed a notice of appeal and motion for delayed appeal. The notice of appeal and motion for delayed appeal did not include the proper certificate of service as required by S.Ct.Prac.R. XIV(2)(A). Accordingly,

IT IS ORDERED by the court, *sua sponte,* that appellant's notice of appeal and motion for delayed appeal be, and hereby are, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte,* that this cause be, and hereby is, dismissed.